IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA        *
                                *
v.                              *     CR 120-069
                                *
WILLIAM AUSTIN HUNTER           *

O R D E R

The Court having already reduced Defendant William Austin Hunter's sentence of imprisonment under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines (see Order of Feb. 20, 2024, Doc. 76), his recent motion for reduction of sentence based upon the same grounds (doc. 77) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of March, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA